IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:16-CV-871-D

| | | |
|---|---|---|
| SHANNA MARIE ETHERIDGE, | ) | |
| INDIVIDUALLY | ) | |
|     Plaintiff, | ) | |
| | ) | **ORDER** |
|     v. | ) | |
| | ) | |
| TOWN OF SHARPSBURG, and | ) | |
| MICHELLE COBB, | ) | |
|     Defendants. | ) | |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is redesignated as an Eastern Division case. The Honorable James C. Dever III, Chief United States District Judge, will remain the presiding judge. **All future documents shall reflect the new case number of 4:16-CV-267-D.** No further filing shall be made in 5:16-CV-871-D.

SO ORDERED. This 26th day of October, 2016.

_____
Julie Richards Johnston
Clerk of Court